# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| ARMSTRONG WORLD INDUSTRIES, INC. | : | No. 441 MAL 2015 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Superior Court |
| | : | |
| | : | |
| TRAVELERS INDEMNITY COMPANY, TRAVELERS CASUALTY AND SURETY COMPANY, AND CENTURY INDEMNITY COMPANY | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: TRAVELERS INDEMNITY COMPANY AND TRAVELERS CASUALTY AND SURETY COMPANY | : | |
| | : | |
| | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 7th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.